# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2019

## NO. 03-19-00217-CV

### N. P. and J. P., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; DISMISSED FOR WANT OF PROSECUTION IN PART --
OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on March 14, 2019. Having reviewed the record, the Court holds that N.P. has not prosecuted his appeal. Therefore, the Court dismisses the appeal of N.P. for want of prosecution. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment as to J.P. Therefore, the Court affirms the trial court's judgment in all other respects. Because appellant, J.P. is indigent and unable to pay costs, no adjudication of costs is made as to J.P. The appellant, N.P. shall pay the filing fee related to the filing of his notice of appeal.